**Order entered August 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00078-CR

**ARMANDO RODRIGUEZ ZUNIGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-52672-X**

## ORDER

Appellant's August 5, 2014 motion for leave to supplement the clerk's record is **GRANTED**.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's punishment charge and the jury verdict on punishment.

Appellant's August 7, 2014 motion requesting a one-day extension of time to file his brief is **GRANTED**. Appellant's brief received by the Clerk of the Court on August 7, 2014 is **DEEMED** timely filed on the date of this order.

           /s/     LANA MYERS
                    JUSTICE